**Walter Haag, appellant, v. George Nimmo, appellee. Gen. No. 7,715.**

Action to recover damages from automobile collision. Judgment for defendant. Appeal from the Circuit Court of Livingston county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed December 28, 1926.

Adsit, Thompson & Herr, for appellant. P. A. Gibbons and Ray Sesler, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Fred E. Cabeen, appellant, v. The Farmers National Bank of Aledo et al., appellees. Gen. No. 7,630.**

Bill to subject fund from sale of insolvent's property to mortgagee's claims. Decree for defendants including other mortgagees. Appeal from the Circuit Court of Mercer county; the Hon. Charles J. Searle, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded with directions. Opinion filed January 15, 1927. Rehearing denied and opinion slightly modified April 6, 1927.

Watson & Duvall and Marsh, Lewis & Thompson, for appellant. Walter L. Mannon, Friend L. Church and Grier, Safford & Saule, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Jennie Margaritie, alias Jennie Fossler, plaintiff in error. Gen. No. 7,667.**

Prosecution for selling intoxicants. Conviction and sentence. Error to the County Court of Stephenson county; the Hon. Edward E. Laughlin, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed January 15, 1927.

Douglas Pattison, L. F. Reinhold and Ray T. Luney, for plaintiff in error. Lawrence A. Jayne, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

**LaFayette Ashcraft, defendant in error, v. R. B. Kirkpatrick, plaintiff in error. Gen. No. 7,677.**

Action for physician's malpractice. Judgment for plaintiff. Error to the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed January 15, 1927.

Weil, Bartley & Weil, for plaintiff in error; Joseph A. Weil, Joseph F. Bartley and Leo F. Cavanaugh, of counsel. Charles C. Dickman, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

**George Vujoich, appellant, v. J. B. Anderson, appellee. Gen. No. 7,670.**

Trial of rights of property by chattel mortgagee against judgment creditor. Judgment for defendant. Appeal from the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 1, 1927.

Brown, Brown & Brown, for appellant. Martin C. Decker and Ralph J. Dady, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.